UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

### Case Number: 14-24639-CIV-MORENO

ROSELI FANJUL CARDENAS,

      Plaintiff,

vs.

SPANISH BROADCASTING SYSTEM, INC.,
MEGA MEDIA HOLDINGS, INC., and ALEXIS
VALDES,

      Defendants.

_____/

### ORDER GRANTING DEFENDANT ALEXIS VALDES'S MOTION TO DISMISS

THIS CAUSE came before the Court upon the Defendant Alexis Valdes's Motion to Dismiss **(D.E. No. 8)**, filed on **December 19, 2014**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.  The Court notes that Plaintiff's Response indicates that she concedes as to the arguments raised in the motion to dismiss that under *Busby v. City of Orlando*, 931 F.2d 764, 772 (11th Cir. 1991), "[i]ndividual capacity suits under Title VII . . .are . . . inappropriate. The relief granted under Title VII is against the *employer*, not individual employees whose actions would constitute a violation of the Act."  Accordingly, the Court dismisses Plaintiff's claims against Defendant Alexis Valdes without prejudice.  Plaintiff may file an amended complaint by no later than **January 26, 2015**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20 day of January, 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record